United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **VICTOR ALVARADO MARIN,** | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-00181 |
| | § | |
| **MIGUEL VERGARA, et al.,** | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Motion for Leave to File Advisory Out of Time and Petitioner's Advisory in Response to Court's Order, (Dkt. No. 5).

When a party moves to extend a deadline before it expires, the Court may extend the deadline for "good cause." Fed. R. Civ. P. 6(b)(1). "The permissive language of Rule 6(b) shows that any grant of an extension of time for when an act must be done falls to the district court's discretion." *McCarty v. Thaler*, 376 F. App'x 442, 443 (5th Cir. 2010).

For the reasons stated in the motion, the Court finds good cause to extend the deadline. Therefore, Petitioner's Motion for Leave to File Advisory Out of Time, (Dkt. No. 5) is **GRANTED**.

It is so **ORDERED**.

**SIGNED** on February 24, 2026.

John A. Kazen
United States District Judge