United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| VICTOR ALVARADO MARIN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-181 |
| | § | |
| MIGUEL VERGARA *et al.* | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus. (Dkt. No. 1). On February 24, 2026, Petitioner was granted leave to file his advisory out of time, which addresses the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (2026), and why the Court should not deny the petition without prejudice. (Dkt. Nos. 5, 6).

The Court **ORDERS** Petitioner to file an advisory by **August 10, 2026**, updating the Court as to Petitioner's claims, the status of Petitioner's detention, and Petitioner's detention authority if he continues to be detained.

IT IS SO **ORDERED**.

**SIGNED** on this 3rd day of August, 2026.

Christopher dos Santos
United States Magistrate Judge