United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| VICTOR JEAN ALVARADO MARIN, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION No. L-26-181 |
| | § | |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Before the Court is Petitioner Victor Jean Alvarado Marin's Petition for Writ of Habeas Corpus. D.E. 1. Petitioner alleges that the Respondents have illegally held him in custody without providing a bond hearing. Petitioner asks this Court to find him eligible for a bond hearing or to release him from custody.

Respondents have filed an advisory stating that Petitioner has been released from custody. D.E. 9. Public records confirm that Petitioner is no longer in custody. *See* United States Immigration and Customs Enforcement, Online Detainee Locator System, available at https://locator.ice.gov (last visited Aug. 13, 2026). No live issues remain for adjudication, and the petition is now moot. Accordingly, the Court **DENIES** all pending motions and **DISMISSES** this action **WITHOUT PREJUDICE** as **MOOT**.

**ORDERED** this 17th day of August, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE